HATTIE R. COE, Respondent, v. THE CITY OF ROCHESTER, Appellant.—

Judgment and order reversed and complaint dismissed, with costs, upon the ground that the plaintiff failed to make out a case excusing her failure to timely present her claim to the common council and corporation counsel as the statute* requires. All concur.

---

* Laws of 1907, chap. 755, § 632.— [REP.